CLAUDE E. BENDER, Appellant, *v.* THE RIDGELY PROTECTIVE ASSOCIATION, Respondent.

(Argued October 6, 1933; decided October 24, 1933.)

*Richard P. Byrne* for appellant.
*Charles E. Spencer* for respondent.

 

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.